UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BRIAN WARDLE,<br><br>            Plaintiff,<br><br>v.<br><br>KEYBANK and KEYBANK NATIONAL ASSOCIATION,<br><br>            Defendants. | Case No. 1:18-cv-00382-EJL<br><br>**JUDGMENT Of DISMISSAL** |

Upon the parties' Stipulation for Dismissal with Prejudice (Dkt. 8) and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff's Complaint is DISMISSED WITH PREJUDICE. Plaintiff and Defendants have agreed that they shall bear their own costs and attorney fees. Accordingly, the above-captioned case shall be closed.

DATED: November 8, 2018

_____
Edward J. Lodge
United States District Judge